# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-523
_____

S.S., Mother of T.D. and L.D.,
Minor Children,

 Appellant,

 v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

 Appellee.

_____


On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

July 3, 2019


PER CURIAM.

 AFFIRMED.

B.L. THOMAS, WETHERELL, and ROWE, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Henri C. Cawthon of Law Office of Henri C. Cawthon, P.A., Gainesville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.

Thomasina F. Moore, Statewide Director of Appeals, and Laura J. Lee, Senior Attorney, Appellate Division, Florida Statewide Guardian ad Litem Office, Tallahassee.